UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,                    No. C 07-80002-MISC MHP

  v.                                **ORDER**

UNITED STATES GOVERNMENT,

        Defendant.
_____/

        On January 3, 2007, plaintiff David Anthony Fallon filed what appears to be a complaint, naming the "United States Government" as the sole defendant. The "complaint" is largely unintelligible, but contains vague allusions to Fallon falling victim to an armed robbery in 1980 and being refused medical treatment by the South San Francisco Police Department. The complaint also contains a brief, nonsensical discussion of Fallon's mother being treated for "Carpet [sic] Tunnel Syomdrone [sic]." No logical connection is drawn between these three events. Fallon nonetheless claims he is entitled to judgment in the amount of three hundred trillion dollars.

        A district court may deny in forma pauperis status and dismiss a complaint if it is frivolous. See 28 U.S.C. § 1915(e)(2)(B). A complaint is frivolous if "it lacks any arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). A complaint that is clearly based on "fantastic or delusional scenarios" may be dismissed as frivolous under section 1915. Denton v. Hernandez, 504 U.S. 25, 32 (1992). Fallon's latest complaint is frivolous because it is unintelligible

and appears to be grounded on fantastic or delusional scenarios.

Given Fallon's extensive history of filing frivolous *pro se* complaints, often against the United States Government, this court has previously ordered that Fallon shall not file any further actions in this court without receiving pre-filing approval by this judge.  See Order re Filing, Fallon v. United States Government, No. 06-80179-MISC MHP, Docket No. 2 (Aug. 31, 2006).  Because Fallon's latest complaint is frivolous and unintelligible, the court does not approve these filings.

The court therefore DENIES plaintiff's application to proceed in forma pauperis and DISMISSES these complaints without leave to amend. Accordingly, these actions are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: January 10, 2007

_____
MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

2